# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1113**
**TP 16-00741**
PRESENT: SMITH, J.P., DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

IN THE MATTER OF MICHAEL ALLEN, PETITIONER,

V                                                                      ORDER

CAPTAIN R. SHIELDS, FIVE POINTS CORRECTIONAL
FACILITY, RESPONDENT.

---

MICHAEL ALLEN, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENT.

----------------------------------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Seneca County [Dennis F.
Bender, A.J.], entered May 2, 2016) to review a determination of
respondent.  The determination found after a tier II hearing that
petitioner had violated various inmate rules.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  December 23, 2016                      Frances E. Cafarell
                                                 Clerk of the Court